| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | WILLIAM F. MURPHY (STATE BAR NO. 82482) |
| 2 | MARK J. ROGERS (STATE BAR NO. 173005) |
| | 225 Bush Street, 6th Floor |
| 3 | San Francisco, California 94104-4207 |
| | Telephone:   (415) 397-2700 |
| 4 | Facsimile:    (415) 397-3300 |
| 5 | Attorneys for Defendant Safeway Inc. |

***E-FILED - 7/9/07***

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL DIAZ, | Case No. C07-01902 RMW (PVT) |
| Plaintiff, | **STIPULATION RE CONTINUANCE OF THE PARTIES' CASE MANAGEMENT CONFERENCE; [] ORDER** |
| v. | |
| SAFEWAY INC.; et al., | Hon. Ronald M. Whyte |
| Defendants. | Trial Date: None Set |

Defendant Safeway Inc. ("Safeway") and Defendant United Food and Commercial Workers Local 5 ("Local 5"), through their attorneys of record, and Plaintiff Rafael Diaz, in pro se, submit the following stipulation regarding their proposal to continue the parties' currently scheduled initial Case Management Conference:

1. WHEREAS, the Court has currently scheduled the parties' initial Case Management Conference for July 13, 2007;

2. WHEREAS Mr. Diaz requested of Safeway's counsel a one month continuance of the conference as he is currently exhibiting emotional issues surrounding the death of his daughter, and Safeway had no objection to the requested continuance; and

3. WHEREAS counsel for Safeway contacted counsel for Local 5 about the continuance requested by Mr. Diaz, and Local 5 has no objection to the requested continuance;

IT IS HEREBY STIPULATED between Safeway, Local 5, and Mr. Diaz that the parties'

1 | initial Case Management Conference shall be continued from July 13, 2007 at 10:30 a.m. to
2 | August 17, 2007 at 10:30 a.m.  The last day to file a Rule 26(f) Report, complete initial
3 | disclosures or state objection to Rule 26(f) Report and file Case Management Statement per the
4 | Court's Standing Order re Contents of Joint Case Management Statement shall be August 10,
5 | 2007.

Dated: July 2, 2007          By:     _____-S-_____
                                     RAFAEL DIAZ
                                     In Pro Se

Dated: July 2, 2007                  DILLINGHAM & MURPHY

                              By:    _____-S-_____
                                     MARK J. ROGERS
                                     Attorneys for Defendant Safeway Inc.

Dated:  July 3, 2007                 WEINBERG ROGER & ROSENFELD

                              By:    _____-S-_____
                                     CAREN SENCER
                                     Attorneys for Defendant United Food and
                                     Commercial Workers Local 5

_____

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __7/9/07_____      _/s/ Ronald M. Whyte_____
                                    HONORABLE RONALD M. WHYTE

# PROOF OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 225 Bush Street, 6th Floor, San Francisco, California 94104-4207. On July 5, 2007, I served the following on each party listed below:

**STIPULATION RE CONTINUANCE OF THE PARTIES' CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

☒ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

Rafael Diaz
835 Sylvandale Avenue
San Jose CA 95111

☐ **(BY PERSONAL SERVICE)** By causing a true copy thereof enclosed in a sealed envelope, to the personally delivered on the date indicated below.

☐ **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐ **(BY FAX)** By sending a true copy thereof by facsimile machine to the numbers listed below, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 5, 2007, at San Francisco, California.

*Emily J. Samuel*
Emily J. Samuel