*E-filed on* 8/23/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL DIAZ,<br><br>   Plaintiff,<br><br>  v.<br><br>SAFEWAY INC.; UNITED FOOD & COMMERCIAL WORKERS UNION, and DOES ONE through TWENTY,<br><br>   Defendants. | No. C-07-01902 RMW<br><br><br>ORDER |

  Pro se plaintiff Rafael Diaz, concerned with delays in receiving court documents by mail, requests that he be permitted to file electronically ("e-file") using the court's Electronic Court Filing ("ECF") system. To e-file, litigants must register to use the ECF and PACER systems. However, a party proceeding pro se must secure an order from the judge assigned to the case permitting him to register for ECF. Only once the order has been signed and appears on the docket for the case will a pro se party be issued a password for ECF. Accordingly, plaintiff moves this court for an order granting him access to ECF.

ORDER—No. C-07-01902 RMW
MAG

The court grants plaintiff's request for permission to e-file in this matter. Notably, this order does not automatically register plaintiff with either ECF for PACER. Plaintiff should go to the ECF site for the Northern District of California, https://ecf.cand.uscourts.gov/, and follow the instructions for registration on that site. Plaintiff is further reminded that, even in e-filed cases, litigants are required to submit a courtesy hard copy of e-filed documents to chambers, pursuant to General Order No. 45 § IV(G), although they need not separately file a hard copy with the Clerk's Office.

DATED:     8/22/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1 | **A copy of this order was mailed on**     **8/23/07**     **to:**

**Counsel for Plaintiffs:**

Rafael Diaz
835 Sylandale Avenue
San Jose, CA 95111

*PRO SE*

**Counsel for Defendants:**

Mark John Rogers
Dillingham & Murphy LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104

William F. Murphy
Dillingham & Murphy LLP
225 Bush Street, Sixth Floor
San Francisco, CA 94104

Caren P. Spencer
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway
Alameda, CA 94501

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**United States District Court**
For the Northern District of California

ORDER—No. C-07-01902 RMW
MAG

3