*E-filed on:*  __10/16/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL DIAZ,<br><br>         Plaintiff,<br><br>         v.<br><br>SAFEWAY INC.; UNITED FOOD &<br>COMMERCIAL WORKERS UNION, and<br>DOES ONE through TWENTY,<br><br>         Defendants. | No. C-07-01902 RMW<br><br><br>ORDER CONTINUING CMC DATE;<br>DENYING MOTION TO APPEAL<br>SEPTEMBER 21, 2007 ORDER GRANTING<br>DEFENDANTS' MOTION TO DISMISS |

     On March 5, 2007, plaintiff Rafael Diaz ("Diaz") filed a six-count complaint in the Santa Clara County Superior Court against Safeway Inc. ("Safeway") and United Food & Commercial Workers Local 5 ("the Union"), setting forth claims for (1) discrimination and retaliation in violation of the California Fair Employment and Housing Act ("FEHA"), Government Code § 12940 *et seq.*, (2) violation of the California Family Rights Act ("CFRA"), Government Code § 12945.2, (3) tortious wrongful termination, (4) intentional infliction of emotional distress, (5) defamation, and (6) invasion of privacy.  After the case was removed to federal court, Safeway moved to dismiss claims (1), (2), (4), and (5) and the Union moved to dismiss all claims against it.  After considering

ORDER CONTINUING CMC DATE; DENYING MOTION TO APPEAL SEPTEMBER 21, 2007 ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS—No. C-07-01902 RMW
MAG

**United States District Court**
For the Northern District of California

1  Mr. Diaz's arguments and letter presented on the day of the hearing, the court granted defendants'

2  motions in an order dated June 14, 2007.  The court originally did not grant plaintiff leave to amend,

3  as it appeared from the face of the complaint that the alleged events occurred outside of the relevant

4  limitations periods and amendment would be futile.  However, on June 19, 2007, Mr. Diaz submitted

5  a letter to the court seeking to "appeal" the court's ruling and explaining additional facts not set forth

6  in the original complaint or the letter submitted at the hearing regarding the Union's behavior in this

7  matter.  The court permitted Mr. Diaz to amend his complaint to attempt to state facts to present a

8  basis for equitable modification of the statute of limitations.

9        After Mr. Diaz amended his complaint, defendants again moved to dismiss, arguing that Mr.

10  Diaz had not pleaded facts sufficient to toll the applicable statutes of limitation and setting forth

11  arguments the same arguments as to dismissal presented in their first motions to dismiss.  In an order

12  dated September 21, 2007, the court found that Mr. Diaz had failed to plead facts sufficient to toll

13  the statute of limitations on the previously dismissed claims.  On October 8, 2007, Mr. Diaz wrote to

14  the court, again seeking to "appeal" this court's order.  Unfortunately, Mr. Diaz's letter presents no

15  grounds for revisiting this court's decision, so to the extent his letter seeks relief from this court's

16  September 21, 2007 order, that request is denied.

17        On October 8, 2007, Mr. Diaz also submitted a letter to the court asking to continue the case

18  management conference in this case that is currently scheduled for October 19, 2007.  He writes that

19  he continues to seek counsel to assist him in this matter but has not yet been able to find an attorney

20  willing to represent him.  He asks for additional time to find an attorney prior to appearing at the

21  case management conference.  The court is sympathetic with Mr. Diaz's search for an attorney and

22  therefore will continue the case management conference by approximately one month.

23  //

24  //

25  //

26  //

27  //

28

ORDER CONTINUING CMC DATE; DENYING MOTION TO APPEAL SEPTEMBER 21, 2007 ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS—No. C-07-01902 RMW
MAG

1

**ORDER**

2          For the foregoing reasons, the court denies plaintiff's October 8, 2007 motion to appeal this

3   court's September 28, 2007 order.  It further continues the case management conference currently

4   scheduled for October 19, 2007 to December 7, 2007.  The parties shall now appear for the case

5   management conference at 10:30 a.m. on Friday, December 7, 2007.

6

7

8   DATED:          10/16/07                         *Ronald M Whyte*

                                                     RONALD M. WHYTE
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING CMC DATE; DENYING MOTION TO APPEAL SEPTEMBER 21, 2007 ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS—No. C-07-01902 RMW
MAG

3

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **A copy of this order was mailed on** _____10/16/07_____ **to:**

2    **Counsel for Plaintiffs:**

3    Rafael Diaz
     835 Sylandale Avenue
4    San Jose, CA 95111

5    *PRO SE*

6    **Counsel for Defendants:**

7    Mark John Rogers
     Dillingham & Murphy LLP
8    225 Bush Street, Sixth Floor
     San Francisco, CA 94104

9
     William F. Murphy
10   Dillingham & Murphy LLP
     225 Bush Street, Sixth Floor
11   San Francisco, CA 94104

12   Caren P. Spencer
     Weinberg, Roger & Rosenfeld
13   1001 Marina Village Parkway
     Alameda, CA 94501

14

15

16   Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

17

18   **Dated:** _____10/16/07_____                    _____/s/ MAG_____
                                                       **Chambers of Judge Whyte**
19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING CMC DATE; DENYING MOTION TO APPEAL SEPTEMBER 21, 2007 ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS—No. C-07-01902 RMW
MAG