UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RAFAEL DIAZ, | ) | Case No.: C- 07-1902 RMW    PVT |
| Plaintiff, | ) ) | **ORDER REQUIRING SUPPLEMENTAL BRIEF FROM SAFEWAY AND CONTINUING HEARING ON MOTION TO COMPEL DISCOVERY** |
| v. | ) ) | |
| SAFEWAY, INC. | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On December 11, 20007, Defendant Safeway Inc. ("Safeway"),  filed a motion to compel documents from Plaintiff Rafael Diaz ("Diaz").[1]  The motion is currently set for hearing on January 15, 2008.  Among other things, Safeway seeks to compel documents in response to Request Number Six, seeking:

> [a]ll documents, including, but not limited to, diaries, daily planners, journals, logs of any sort, memoranda, electronic mail, notes or notations of any kind, correspondence with potential witnesses, and written or recorded statements or videotapes, relating in any way to any of the matters alleged in any document filed by Rafael Diaz with any Court in this matter.

(Rogers Decl., Exh. A at p 2-3.)   Diaz has objected to this request: "This request I am unsure of and seems to be privileged and need legal advice."  (Rogers Decl., Exh.  B.  at p.  2). This

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  request appears to call for documents that may be protected by the work product immunity.

2  Rule 26 provides that "Ordinarily, a party may not discover documents and tangible
3  things that are prepared in anticipation of litigation or for trial by or for another party or its
4  representative." Fed. R. Civ. P. 26(b)(3).  The work product immunity is intended to "prevent
5  exploitation of a party's efforts in preparing for litigation." *Admiral Ins. Co. v. United States*
6  *District Court*, 881 F. 2d 1486, 1494 (9th Cir. 1989) *Id*.  Nonetheless, if the documents are
7  relevant, they may be discovered if  "the party shows that it has substantial need for the materials
8  to prepare its case and cannot, without undue hardship, obtain their substantial equivalent by
9  other means." Fed. R. Civ. P. 26(b)(3)(ii).

10  Safeway appears most focused on obtaining witness statements taken by Diaz.  Safeway,
11  however, has not made the requisite showing of substantial need and undue hardship under Rule
12  26(b)(3).  Accordingly, IT IS HEREBY ORDERED that:

13  1. No later than December 21, 2007, Safeway shall file a supplemental brief
14  addressing its substantial need for, and undue hardship in obtaining, the
15  witness statements; and

16  2. The hearing on Safeway's Motion to Compel production of documents is
17  continued to January 29, 2008; Diaz shall file an opposition no later than
18  January 7, 2008 and Safeway shall file its reply no later than January 14,
19  2008.

20  It Is So Ordered.

21  Dated: December 13, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | copies mailed on  12/13/07           to:

2 | Plaintiff Rafael Diaz

3 | Rafael Diaz
835 Sylandale Avenue
4 | San Jose, CA 95111

/s/ Carolyn Frantz for
CORINNE LEW
Courtroom Deputy