*E-filed on:* 2/22/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.; UNITED FOOD & COMMERCIAL WORKERS UNION, and DOES ONE through TWENTY,<br><br>    Defendants. | No. C-07-01902 RMW<br><br>ORDER CONTINUING DATES |

In its minute order following the parties' December 7, 2007 case management conference, the court set the following dates:

| | |
|---|---|
| Fact discovery cutoff: | March 28, 2008 |
| Disclosure of experts: | April 25, 2008 |
| Disclosure of rebuttal experts: | May 9, 2008 |
| Expert discovery cutoff: | June 5, 2008 |
| Last hearing date for dispositive motions: | July 25, 2008 |
| Pretrial conference: | May 15, 2008 |
| Trial: | June 2, 2008 |

*See* Docket No. 71. On February 14, 2008, after seeking to obtain a stipulation from Safeway's counsel, Mr. Diaz submitted a letter asking the court to continue by five weeks the fact discovery

cutoff as well as the pretrial and trial dates.[1] Diaz believes that he is close to securing representation in this matter. The attorney that is currently reviewing his case file suggested that he seek a five-week continuance of these dates. Safeway opposes Diaz's request on the grounds that Diaz has not shown good cause to modify the court's scheduling order.

Although the court has not previously continued the discovery, pre-trial or trial dates in this matter, it has continued the case management conference date at plaintiff's request to permit him to seek counsel. This time, however, Diaz's present request for a five-week extension of all scheduling dates appears to be at the suggestion of an attorney who is considering taking on his case. The court finds that this circumstance presents good cause to grant a continuance of the scheduling dates.

Accordingly, the court resets the case management scheduling dates as follows:

| | |
|---|---|
| Fact discovery cutoff: | April 25, 2008 |
| Disclosure of experts: | April 25, 2008 |
| Disclosure of rebuttal experts: | May 9, 2008 |
| Expert discovery cutoff: | June 5, 2008 |
| Last hearing date for dispositive motions: | July 25, 2008 |
| Pretrial conference: | August 21, 2008 |
| Trial: | September 15, 2008 |

The court notes that it will not extend these dates again absent a showing of good cause other than a need for Diaz to obtain an attorney.

DATED: 2/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] As Safeway notes, the schedule proposed by Diaz appears only to extend the pretrial and trial dates by five weeks, but the text of his letter states that the proposed schedule changes "will only be affecting the Fact Discovery Cutoff by five weeks." Thus, the court will assume that Diaz seeks to continue by five weeks the fact discovery cutoff as well as the pretrial and trial dates.

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | **A copy of this order was mailed on**     **2/22/08**     **to:** |
| 2 | **Counsel for Plaintiffs:** |
| 3 | Rafael Diaz |
| 4 | 835 Sylandale Avenue<br>San Jose, CA 95111 |
| 5 | *PRO SE* |
| 6 | **Counsel for Defendants:** |
| 7 | Mark John Rogers<br>Dillingham & Murphy LLP |
| 8 | 225 Bush Street, Sixth Floor<br>San Francisco, CA 94104 |
| 9 | email: mjr@dillinghammurphy.com |
| 10 | William F. Murphy<br>Dillingham & Murphy LLP |
| 11 | 225 Bush Street, Sixth Floor<br>San Francisco, CA 94104 |
| 12 | email: wfm@dillinghammurphy.com |

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:**    2/22/08            /s/ MAG
                                              **Chambers of Judge Whyte**

ORDER CONTINUING DATES—No. C-07-01902 RMW
MAG