*E-filed on:* 4/29/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL DIAZ, | No. C-07-01902 RMW |
| Plaintiff, | |
| v. | ORDER DENYING REQUEST TO FURTHER CONTINUE DATES |
| SAFEWAY INC.; UNITED FOOD & COMMERCIAL WORKERS UNION, and DOES ONE through TWENTY, | |
| Defendants. | |

On April 21, 2008, the court received a letter from pro se plaintiff Rafael Diaz asking that the court "push out the schedule for another 30 days." Defendants opposed Diaz's motion. The court has previously continued the discovery, pre-trial or trial dates in this matter. By its order dated February 22, 2008, it continued the scheduling dates in this case as follows:

| | |
|---|---|
| Fact discovery cutoff: | April 25, 2008 |
| Disclosure of experts: | April 25, 2008 |
| Disclosure of rebuttal experts: | May 9, 2008 |
| Expert discovery cutoff: | June 5, 2008 |
| Last hearing date for dispositive motions: | July 25, 2008 |
| Pretrial conference: | August 21, 2008 |
| Trial: | September 15, 2008 |

ORDER DENYING REQUEST TO FURTHER CONTINUE DATES—No. C-07-01902 RMW
MAG

United States District Court
For the Northern District of California

1  The order stated: "The court notes that it will not extend these dates again absent a showing of good
2  cause other than a need for Diaz to obtain an attorney."

3  Diaz asks for the continuance because his deposition with Safeway on February 28, 2008
4  "brought up a lot of bad feelings and memories from the past" and he had an "emotional breakdown"
5  requiring him to meet with his psychiatrist and eventually leading him to step down temporarily
6  from his management position at his current employment when he returned to work on April 1,
7  2008. He asserts that during his breakdown he was unable to talk to people and "lost almost four
8  weeks in gathering information." He also asks the court for clarification regarding what he is
9  permitted to do with respect to discovery, and what the deadlines specified above mean.

10  The court is not permitted to provide the parties with legal advice, but it can clarify that,
11  absent order of the court, the fact discovery cutoff means that additional discovery may not be taken
12  after the specified date. By the deadline for "disclosure of experts," the parties must reveal to one
13  another the expert witnesses they intend to rely upon in support of their positions and provide a
14  written report including all opinions the expert witness will express in compliance with Federal Rule
15  of Civil Procedure 26(a)(2). The deadline for "disclosure of rebuttal experts" is the date by which
16  each side must have disclosed experts that will rebut the testimony of the other side's experts,
17  including a rebuttal report. "Expert discovery cutoff" is the deadline by which the parties must have
18  collected all information from the experts by way of written discovery or depositions.[1] Any
19  extension of these dates requires an order of the court.

20  The court denies Diaz's request for a 30-day continuance. While the court is sympathetic to
21  Diaz's circumstances, he must take responsibility for the litigation that he has initiated. While the
22  court understands that recalling the facts leading to the action may bring up bad feelings, it is
23  incumbent upon the plaintiff to diligently prosecute this matter. These bad feelings and the ensuing

---

[1] The last hearing date for dispositive motions means that the parties must, if they wish to file a motion seeking summary judgment or other motion seeking a dispositive ruling, file a motion at least 35 days prior to the date specified. The pretrial date is the date the parties will meet with the court to discuss the trial. The parties should review the court's Standing Order re: Pretrial Preparation and file the required documents by the deadlines set forth therein. The court's standing order is at
http://www.cand.uscourts.gov/cand/judges.nsf/08bd2b2251fca57b88256d48005fd22c?OpenView.

ORDER DENYING REQUEST TO FURTHER CONTINUE DATES—No. C-07-01902 RMW
MAG

time off of work do not constitute good cause, particularly because plaintiff provides no explanation for why he was unable to conduct the necessary discovery since returning to work. Further, the court has already granted numerous extensions to give plaintiff time to secure counsel. It is not inclined to grant another continuance unless plaintiff can show good cause or he has secured counsel.

However, because the court did not rule on plaintiff's request until after the April 25, 2008 deadlines for fact discovery and disclosure of experts, it will extend those deadlines until May 2, 2008 and the date for disclosure of rebuttal reports by one week to May 16, 2008. All other deadlines will remain as set in the court's prior order as set forth above. In sum, the scheduling dates are now:

| | |
|---|---|
| Fact discovery cutoff: | May 2, 2008 |
| Disclosure of experts and reports: | May 2, 2008 |
| Disclosure of rebuttal experts and reports: | May 16, 2008 |
| Expert discovery cutoff: | June 5, 2008 |
| Last hearing date for dispositive motions: | July 25, 2008 |
| Pretrial conference: | August 21, 2008 |
| Trial: | September 15, 2008 |

DATED:     4/29/08

RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST TO FURTHER CONTINUE DATES—No. C-07-01902 RMW
MAG

3

1  **A copy of this order was mailed on**     **4/29/08**     **to:**

2  **Counsel for Plaintiffs:**

3  Rafael Diaz
4  835 Sylandale Avenue
   San Jose, CA 95111
5  *PRO SE*

6  **Counsel for Defendants:**

7  Mark John Rogers
   Dillingham & Murphy LLP
8  225 Bush Street, Sixth Floor
   San Francisco, CA 94104
9  email: mjr@dillinghammurphy.com

10 William F. Murphy
   Dillingham & Murphy LLP
11 225 Bush Street, Sixth Floor
   San Francisco, CA 94104
12 email: wfm@dillinghammurphy.com

13 Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

15 **Dated:**     4/29/08             /s/ MAG
16                                           **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER DENYING REQUEST TO FURTHER CONTINUE DATES—No. C-07-01902 RMW MAG

4